1  JOHN B. SULLIVAN (State Bar No. 96742)
   ERIK KEMP (State Bar No. 246196)
2  MARY KATE KAMKA (State Bar No. 282911)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   NATIONSTAR MORTGAGE LLC
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | DENNIS BURTON, on behalf of himself | Case No. 13-cv-00307-LJO-GSA
   | and all others similarly situated,  |
12 |                                     | **STIPULATION TO CONTINUE**
   |          Plaintiff,                 | **HEARING ON MOTION TO DISMISS**
13 |                                     |
   |     vs.                             |
14 |                                     | Jury Trial Demanded
   | NATIONSTAR MORTGAGE LLC,            |
15 | a Delaware limited liability company,|
   |                                     |
16 |          Defendant.                 |

17

18

19        WHEREAS, defendant Nationstar Mortgage LLC filed a motion to dismiss the complaint

20 in the above-entitled action pursuant to Fed. R. Civ. P. 12(b)(6), which was set for hearing on May

21 29, 2013 at 8:30 a.m.;

22        WHEREAS, plaintiff Dennis Burton's counsel has indicated he is unavailable to attend the

23 hearing on the date noticed;

24        IT IS HEREBY STIPULATED by and between Burton, on the one hand, and Nationstar,

25 on the other, through their respective counsel of record, and subject to Court approval, that the

26 hearing on Nationstar's motion to dismiss is continued from May 29, 2013 to June 18, 2013 at

27 8:30 a.m., or a date thereafter that is convenient for the Court.

28        This extension of time will not alter the date of any other event or deadline already fixed

80001.0009/2697053.1

1  by Court order.

2  **IT IS SO STIPULATED**.

3

4  DATED:  May 15, 2013                    SEVERSON & WERSON
                                           A Professional Corporation
5
                                           By:    /s/Erik Kemp
6                                                    Erik Kemp

7
                                           Attorneys for Defendant  NATIONSTAR MORTGAGE
8                                          LLC

9
   DATED:  May 15, 2013                        EDELSON LLC
10

11                                         By:    /s/Steven L. Woodrow
                                                    Steven L. Woodrow
12
                                           Attorneys for Plaintiff DENNIS BURTON
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28