1  JOHN B. SULLIVAN (State Bar No. 96742)
   ERIK KEMP (State Bar No. 246196)
2  MARY KATE KAMKA (State Bar No. 282911)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   NATIONSTAR MORTGAGE LLC
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 DENNIS BURTON, on behalf of himself        Case No. 13-cv-00307-LJO-GSA
   and all others similarly situated,
12                                             **ORDER TO VACATE HEARING**
              Plaintiff,
13                                             Jury Trial Demanded
        vs.
14
   NATIONSTAR MORTGAGE LLC,
15 a Delaware limited liability company,

16            Defendant.

17

18      This Court's practice is to decide motions on the record without a hearing.  As such and

19 given the parties' stipulation, this Court:

20      1. VACATES the May 29, 2013 hearing on defendant's motion to dismiss;

21      2. ORDERS defendant, no later than May 22, 2013, to file and serve, at its option, reply
           papers; and
22
        3. SETS no hearing on defendant's motion to dismiss.
23

24

25 IT IS SO ORDERED.

26    Dated:   **May 16, 2013**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE
27

28

80001.0010/2697068.1

                                                         [Proposed] Order Upon Stipulation