IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS BURTON, | ) | 1:13-cv-00307 LJO GSA |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PRO HAC VICE |
| | ) | APPLICATION OF MEGAN LINDSEY |
| vs. | ) | (Document No. 19) |
| | ) | |
| | ) | |
| NATIONSTAR MORTGAGE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On July 17, 2013, attorney Megan Lindsey filed an application to appear pro hac vice as counsel for Plaintiff Dennis Burton pursuant to the provisions of Local Rule 83-180(b)(2).  The application appearing in order and the requisite fee having been paid, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **July 19, 2013**               **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

-1-