1  JOHN B. SULLIVAN (State Bar No. 96742)
   ERIK KEMP (State Bar No. 246196)
2  MARY KATE KAMKA (State Bar No. 282911)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   NATIONSTAR MORTGAGE LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BURTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:13-cv-00307-LJO-GSA<br><br>**NATIONSTAR MORTGAGE, LLC'S INITIAL DISCLOSURES**<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Nationstar Mortgage LLC ("Nationstar") submits the following Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). Nationstar has not completed its investigation into this matter and discovery has only begun. The following disclosures are based on the information presently available to Nationstar based on its current understanding of Plaintiff's claims. Nationstar reserves the right to supplement or modify these disclosures and to use any additional information, witnesses, or evidence at any time, up to and including trial, as plaintiff Dennis Burton ("Plaintiff") elaborates on his allegations, new information is discovered, or new claims or theories are developed.

**A.   Individuals Likely to Have Discoverable Information (Fed. R. Civ. P. 26(a)(1)(A)(i))**

Nationstar identifies the following individuals who likely have discoverable information in support of Nationstar's claims and defenses:

1. Plaintiff Dennis Burton.

2. Erin Johnson, Assistant Vice President, Nationstar Mortgage LLC, c/o John B. Sullivan, Severson & Werson, P.C., One Embarcadero Center, 26th Floor, San Francisco, California 94111, telephone: (415) 398-3344. Ms. Johnson has knowledge of the administration of Nationstar's HAMP loan modification program and its policies and procedures regarding the program.

**B.     Documents Electronically Stored Information, and Tangible Things (Fed. R. Civ. P. 26(a)(1)(A)(ii)**

Nationstar identifies the following categories of documents, electronically stored information, and tangible things, that it may use in support of its claims and defenses.

1. Loan file, servicing records, and payment history pertaining to the loan of Dennis Burton.

2. Nationstar's policy and procedure manuals regarding the HAMP loan modification program.

3. The operative HAMP servicer participation agreements.

4. Template correspondence sent to customers applying for or participating in the HAMP modification program.

**C.     Computation of Damages (Fed. R. Vic. P. 26(a)(1)(A)(iii))**

Nationstar is not seeking to recover any damages at this time. However, Nationstar reserves its right to assert a counterclaim and/or cross-claim for damages and to supplement this response based upon discovery obtained in this action. Nationstar also reserves the right to recover attorneys' fees and costs to the extent such recovery is permitted by law.

**D.     Insurance (Fed. R. Civ. P. 26(a)(1)(A)(iv))**

Nationstar is investigating whether any insurance policy exists that would cover some or all of the claims asserted in this action.

1 | These initial disclosures were made after a reasonable inquiry and are as complete as
2 | possible as of this date. Nationstar's investigation is continuing and Nationstar reserves the right to
3 | disclose or otherwise identify other documents or witnesses as appropriate.

DATED:  August 1, 2013

SEVERSON & WERSON
A Professional Corporation

By:     */s/Mary Kate Kamka*
        Mary Kate Kamka

Attorneys for Defendant  NATIONSTAR MORTGAGE LLC