# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| Dennis Burton | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-cv-00307 (LJO) |
| Nationstar Mortgage, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dennis Burton and the Putative Class.

Date: 01/24/2014

/s/ Mark Eisen
*Attorney's signature*

Mark Eisen (SBN 289009)
*Printed name and bar number*
Edelson PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013

*Address*

meisen@edelson.com
*E-mail address*

213.533.4100
*Telephone number*

213.947.4251
*FAX number*