Mark Eisen (SBN 289009)
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Telephone: (213) 533-4100
Facsimile: (213) 947-4251
Email: meisen@edelson.com

Steven L. Woodrow (admitted *pro hac vice*)
Megan Lindsey (admitted *pro hac vice*)
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 357-4877
Facsimile: (312) 589-6378
Email: swoodrow@edelson.com
Email: mlindsey@edelson.com

Counsel for Plaintiff  DENNIS BURTON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BURTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>Defendant. | No: 1:13-cv-00307-LJO-JLT<br><br>**STIPULATION TO EXTEND CLASS CERTIFICATION DEADLINES** |

WHEREAS, Plaintiff Dennis Burton ("Plaintiff") filed his class action complaint against Defendant Nationstar Mortgage, LLC ("Defendant" or "Nationstar") in this Court on March 4, 2013 (Dkt. 1);

WHEREAS, on July 25, 2013, the Court set the following briefing schedule in regards to class certification: Plaintiff's motion for class certification is due by May 12, 2014; Defendant's opposition is due by June 9, 2014; Plaintiff's reply is due by June 23, 2014; and Hearing on the Motion is set for July 25, 2014 at 9:30 AM. (Dkt. 23.);

1  WHEREAS, in accordance with the Court's scheduling order bifurcating the case and discovery between class and merits issues (Dkt. 23), the Parties are currently engaged in discovery related to class certification;

4  WHEREAS, despite their best efforts to meet and confer, the Parties have encountered areas of disagreement in regard to class-related discovery;

6  WHEREAS, the parties are continuing to meet and confer and believe that additional time will be required to attempt to resolve their issues of disagreement and, if necessary, bring any dispute to the Court's attention;

9  WHEREAS, the Parties previously stipulated to extend time for Defendant to respond to the complaint (Dkt. 6) and to continue the hearing on Defendant's motion to dismiss (Dkt. 10), both of which were granted by the Court;

12  IT IS HEREBY STIPULATED by and between Burton, on the one hand, and Nationstar, on the other, through their respective counsel of record, and subject to Court approval, that the deadlines for class certification be extended for an additional seventy-five (75) days, with the deadline for Plaintiff to move for class certification being extended to July 28, 2014, the deadline for Defendant to file an opposition being extended to August 25, 2014, Plaintiff's reply due by September 8, 2014, and the hearing on the motion continued from July 25, 2014 to October 8, 2014, or a date thereafter that is convenient for the Court.

19  This extension of time will not alter the date of any other event or deadline already fixed by Court order.

21  **IT IS SO STIPULATED.**

DATED: February 5, 2014

         EDELSON PC

         By: */s/* Steven L. Woodrow
              Steven L. Woodrow

         Attorneys for Plaintiff DENNIS BURTON

DATED: February 5, 2014

         SEVERSON & WERSON
         A Professional Corporation

         By: */s/* Erik Kemp

         Attorneys for Defendant NATIONSTAR MORTGAGE, LLC

**CERTIFICATE OF SERVICE**

1
2  I, Megan L. Lindsey, an attorney, hereby certify that I served ***Stipulation to Extend Class***
3  ***Certification Deadlines*** by causing true and accurate copies of such papers to be filed and
4  transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 5th
5  day of February 2014.
6
7
8                                                                    /s/ Megan L. Lindsey
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28