Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Steven L. Woodrow*
swoodrow@edelson.com
Megan Lindsey*
mlindsey@edelson.com
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Tel: 303.357.4878
Fax: 303.446.9111

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff* DENNIS BURTON

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BURTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>Defendant. | No: 1:13-cv-00307-LJO-JLT<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENT** |

1    Having considered Plaintiff's Request to Seal Document, and good cause showing,

2    IT IS HEREBY ORDERED AS FOLLOWS:

3    1.      Plaintiff's Request to Seal Document is GRANTED;

4    2.      The excerpts from the transcript of the deposition of Clay Kellett, attached as

5    Exhibit A to Plaintiff's Reply in Support of Request for Reconsideration by the District Court of

6    Magistrate Judge's Ruling, shall be filed under seal,

7    3.      The excerpts from the transcript of the deposition of Clay Kellett, attached as

8    Exhibit A to Plaintiff's Reply in Support of Request for Reconsideration by the District Court of

9    Magistrate Judge's Ruling, shall remain under seal until August 3, 2014.

10
11   IT IS SO ORDERED.

12   Dated:   __July 9, 2014__                    ____/s/ Lawrence J. O'Neill__
                                                  UNITED STATES DISTRICT JUDGE