UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BURTON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>    Defendant. | Case No.: 1:13-cv-00307 - LJO - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY BRIEF<br><br>(Doc. 79) |

On September 8, 2014, Plaintiff Dennis Burton filed a motion to file an oversized brief in reply to the opposition to class certification filed by Defendant Nationstar. (Doc. 79)  Plaintiff reports the additional pages are necessary because "Nationstar raised complex matters of law that Plaintiff must address in his Reply, including Nationstar's assertions that differing state laws are supposedly fatal to Plaintiff's effort to certify a class." (*Id.* at 2.)  Nationstar agreed to not oppose Plaintiff's request. (*Id.*)

Accordingly**, IT IS HEREBY ORDERED**:  Plaintiff's request to file an oversized reply brief (Doc. 79) is **GRANTED** nunc pro tunc.

IT IS SO ORDERED.

Dated:   **September 10, 2014**        **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE