# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BURTON, et al., | Case No.: 1:13-cv-00307 - LJO - JLT |
| Plaintiff, | ORDER GRANTING DENFENDANT LEAVE TO FILE A SUR-REPLY |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | (Doc. 82) |
| Defendant. | |

On September 16, 2014, Defendant requested leave to file a sur-reply. Defendant argues that Plaintiff raised new arguments on reply that were not raised in the opening brief. (Doc. 82) Though the Court has not determined whether this has occurred and makes no representation that new arguments raised on reply will be considered, the Court **GRANTS** leave for Defendant to file a sur-reply. The sur-reply SHALL NOT exceed 10 pages and SHALL be filed no later than September 22, 2014.

IT IS SO ORDERED.

Dated:   **September 17, 2014**          **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE