1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

| | |
|---|---|
| DENNIS BURTON, | ) Case No.: 1:13-cv-00307 - LJO - JLT |
| | ) |
| Plaintiff, | ) ORDER ADOPTING IN FULL THE FINDINGS |
| | ) AND RECOMMENDATIONS DENYING |
| v. | ) PLAINTIFF'S MOTION FOR CLASS |
| | ) CERTIFICATION |
| NATIONSTAR MORTGAGE, LLC, | ) |
| | ) (Docs. 69 and 86) |
| Defendant. | ) |
| | ) |

17    Plaintiff Dennis Burton seeks to certify a class of borrowers, who Plaintiff alleges suffered due

18  to Nationstar Mortgage LLC's policy of signing loan medications prior to booking the modifications

19  into Nationstar's system. (Doc. 69.)  On October 8, 2014, the Magistrate Judge found Plaintiff failed to

20  show the putative class members have Article III standing, because Plaintiff failed to show they

21  suffered an injury-in-fact. (Id. at 7-11.)  Further, the Magistrate Judge determined Plaintiff failed to

22  satisfy the commonality, typicality, and adequacy of representation requirements of Rule 23 of the

23  Federal Rules of Civil Procedure. (Id. at 11-16.)  Although Plaintiff proposed subclasses, he failed to

24  present evidence that the subclasses were sufficiently numerous to satisfy Rule 23.  (Id. at 19-21.) For

25  these reasons, the Magistrate Judge recommended Plaintiff's motion for class certification be denied.

26    Plaintiff was granted twenty-one days from the date of service, or until October 29, 2014, to file

27  any objections to the recommendation of the Magistrate Judge.  (Doc. 86 at 24.)  Plaintiff was "advised

28  that failure to file objections within the specified time may waive the right to appeal the District Court's

order." (Id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)).  However, no objections have

been filed.  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley

United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the

case.  Having carefully reviewed the file, the Court finds the Findings and Recommendations are

supported by the record and proper analysis.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed October 8, 2014 (Doc. 86) are **ADOPTED**
   **IN FULL**;

2. Plaintiff's motion to for class certification (Doc. 69) is **DENIED**.

**SO ORDERED**
**Dated: October 30, 2014**

**/s/ Lawrence J. O'Neill**
**United States District Judge**
