JOHN B. SULLIVAN (State Bar No. 96742)
ERIK KEMP (State Bar No. 246196)
MARY KATE KAMKA (State Bar No. 282911)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BURTON, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONSTAR MORTGAGE LLC,<br>a Delaware limited liability company,<br><br>　　　　　Defendant. | Case No. 1:13-cv-00307-LJO-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION TO DISMISS**<br><br>(Doc. 45) |

　　　Pursuant to the stipulation of plaintiff Dennis Burton and defendant Nationstar Mortgage LLC, and good cause appearing, it is hereby ordered that the deadline for the parties to file the stipulation to dismiss the action is continued for ten days from February 20, 2015, to March 2, 2015.

IT IS SO ORDERED.

　　Dated: **February 19, 2015**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE