JOHN B. SULLIVAN (State Bar No. 96742)
ERIK KEMP (State Bar No. 246196)
MARY KATE KAMKA (State Bar No. 282911)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BURTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br>a Delaware limited liability company,<br><br>Defendant. | Case No. 1:13-cv-00307-LJO-JLT<br><br>[~~PROPOSED~~] ORDER GRANTING SECOND STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION TO DISMISS<br><br>(Doc. 94) |

The parties have stipulated to an extension of time to file the dismissal documents. (Doc. 94) The delay was caused by inclement weather which interfered with performance of the settlement agreement. Id. Thus, good cause appearing, the Court **GRANTS** the stipulation and orders the parties to file the stipulation to dismiss the action no later than March 12, 2015.

IT IS SO ORDERED.

Dated:   **March 4, 2015**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

80001.0009/3997486.1

[~~Proposed~~] Order Granting Second Stipulation to Extend Deadline to File Stipulation to Dismiss