**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS BURTON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No. 1:13-cv-00307-LJO-JLT<br><br>**ORDER OF DISMISSAL** |

     Pursuant to the stipulation of plaintiff Dennis Burton and defendant Nationstar Mortgage LLC, and good cause appearing, it is hereby ordered pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action shall be dismissed in its entirety and with prejudice with respect to the claims alleged by Burton individually against Nationstar, and without prejudice as to any claims alleged by the putative, uncertified class against Nationstar. It is further ordered that each party shall bear his or its own costs and attorney fees.

     The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

   Dated:   **March 13, 2015**                  **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE